IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| FRANK WILLIAM BURGER AND HELEN BURGER | § § § |
| v. | §  CIVIL ACTION NO. _____ |
| STATE FARM LLOYDS | § § § § |

## DEFENDANT'S NOTICE OF REMOVAL

State Farm Lloyds ("State Farm"), Defendant in the above-styled and numbered cause, files this Notice of Removal of the present case from the 104th District Court, Taylor County, Texas to the United States District Court for the Northern District of Texas, Abilene Division. In connection with this Notice of Removal, State Farm would respectfully show the Court as follows:

### I.
### PROCEDURAL BACKGROUND

1. On February 5, 2024, Plaintiffs filed this action against State Farm in the 104th District Court in Taylor County, Texas. The state court cause number is 29105-B ("State Court Action"). State Farm was served on February 8, 2024 and has not filed an answer.

2. Plaintiffs Frank William Burger and Helen Burger are at the time of filing, and still are, citizens of Texas and residents of Taylor County, Texas. Plaintiffs' Original Petition at ¶ 2.1.

3. Defendant State Farm is an unincorporated insurance association whose underwriters were, and still are, citizens of Illinois or Arizona. Specifically, the underwriters and their citizenship were and still are the following:

- Mark Edward Schwamberger: Mr. Schwamberger is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Katinka Meijerink Bryson: Ms. Bryson is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Michael James Arnold: Mr. Arnold is domiciled in Arizona. His residence and full time place of employment is in Arizona and he has expressed an intent to remain in Arizona while an Underwriter of State Farm Lloyds.

- Kimberly Ann Sterling: Ms. Sterling is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Justin Michael Tipsord: Mr. Tipsord is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Sara Gay Frankowiak: Ms. Frankowiak is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Craig Dean Isaacs: Mr. Isaacs is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Sarah Mineau: Ms. Mineau is domiciled in Illinois. Her residence and full time place of employment is in Illinois and she has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Jonathan Allen Porwick: Mr. Porwick is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Andrew Glenn Rader: Mr. Rader is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

- Sonya Johnson Robinson: Ms. Robinson is domiciled in Arizona. Her residence and full time place of employment are in in Illinois and Arizona and she expressed an intent to remain in Arizona while an Underwriter of State Farm Lloyds.

- Ronald Bradley Thein: Mr. Thein is domiciled in Illinois. His residence and full time place of employment is in Illinois and he has expressed an intent to remain in Illinois while an Underwriter of State Farm Lloyds.

4. Accordingly, State Farm is not a citizen of the State of Texas. *See* Affidavit of Brant Kaufman attached as **Exhibit A.**

5. There is complete diversity of citizenship between the parties.

6. In their Original Petition Plaintiffs state that they are seeking monetary relief of over $250,000.00 but not more than $1,000,000. *See* Plaintiffs' Original Petition ¶ 3.3. Prior to filing suit, Plaintiffs made a demand of $454,091.18 claiming that the cost to repair his property was $454,091.18. The demand also stated that those damages would continue to accrue. Plaintiffs' Original Petition seeks treble damages pursuant to violations of Texas Insurance Code. *Id.* 57-66.

7. Accordingly, given the damages asserted by Plaintiffs, the amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, exclusive of interest and costs, as required under section 1332(a).

8. Therefore, in accordance with 28 U.S.C. § 1446, State Farm files this Notice of Removal because there is complete diversity of citizenship between the parties and the Plaintiffs' alleged damages exceed the jurisdictional limits of the Court. State Farm removes the State Court Action from the 104th District Court in Taylor County, Texas to the United States District Court for the Northern District of Texas, Abilene Division.

## II.
### NATURE OF SUIT

9. Plaintiffs filed this lawsuit alleging State Farm failed to pay insurance benefits owed to them in accordance with a Homeowner Policy for damage to his home caused by storm on or about May 7, 2023. *See* Plaintiffs' Original Petition ¶¶ 4.1-4.8. Plaintiffs assert causes of action for breach of contract, unfair settlement practices, prompt payment of claims, breach of duty of good faith and fair dealing, and violations of Texas Deceptive Trade Practices Act. *Id*. at ¶¶ 5.1-8.6. As addressed in further detail below, State Farm now timely files this Notice of Removal, because there is complete diversity of citizenship between the parties, and Plaintiffs' alleged damages exceed the jurisdictional limits of this Court.

## III.
### BASIS OF REMOVAL

10. The Northern District of Texas has jurisdiction over this action, pursuant to 28 U.S.C § 1441 and 28 U.S.C. § 1332, because the parties are diverse and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

11. First, the parties are diverse. At all relevant times, Plaintiffs are, and continue to be, residents of Taylor County, Texas. Plaintiffs' Original Petition at ¶ 2.1. State Farm Lloyds is an association of individual underwriters authorized to conduct business in Texas as a Lloyd's plan insurer, which is defined and set out in Chapter 941 of the Texas Insurance Code. The citizenship

of an unincorporated association is determined by the citizenship of each member of the entity, not by the state where the entity is organized. *Royal Ins. Co. v. Quinn-L Capital Corp.,* 3 F.3d 877, 882–83 (5th Cir. 1993) (finding that a Lloyd's plan association was not a Texas citizen); *see Griggs v. State Farm Lloyds,* 181 F.3d 694, 698 (5th Cir. 1999) (finding that State Farm Lloyds is a citizen of Illinois); *Caballero v. State Farm Lloyds,* No. CA-C-03-266, 2003 WL 23109217, at *1 (S.D. Tex. Oct. 31, 2003) (same). At all relevant times, State Farm was, and continues to be, an unincorporated insurance association whose underwriters were, and still are, citizens of states other than Texas. Accordingly, State Farm is not a citizen of the State of Texas. *See* Declaration of Brant Kaufman attached as **Exhibit A**.

12. Second, Plaintiff seeks to recover damages for State Farm's denial and/or underpayment of the claim. *See Plaintiffs' Original Petition at* ¶¶ 13.1-14.2.

## IV.
### REMOVAL PROCEDURES

13. On February 5, 2024, Plaintiffs filed this case against State Farm in the 104th District Court of Taylor County, Texas. State Farm was served on February 8, 2024. State Farm has not filed an answer. This Notice of Removal is being timely filed on March 1, 2024. Accordingly, this Notice of Removal is timely filed within 30 days of when State Farm received service, *see* 28 U.S.C. § 1446(b)(1), and within one year from the commencement of this suit. *See* 28 U.S.C. § 1446(c)(1).

14. The Abilene Division of the Northern District of Texas is the proper venue because: (1) Plaintiffs' property, which was allegedly damaged and which forms the basis of Plaintiffs' lawsuit, is located in Taylor County, 28 U.S.C. § 1391(b)(2), and (2) Plaintiffs' State Court Action was brought, and is pending, in Taylor County. 28 U.S.C. § 1441(a). Taylor County is within the jurisdictional limits of the Abilene Division. 28 U.S.C. § 124(b)(2).

15. All information and documents required by 28 U.S.C. § 1446(a) and by Local Rule 81 to be filed with this Notice of Removal are attached and indexed in **Exhibit B**. There are no pending motions in the State Court Action. In addition, pursuant to 28 U.S.C. § 1446 (d), a copy of this Notice of Removal will be promptly filed with the Taylor County Clerk's Office and served on the Plaintiffs.

16. Defendant hereby requests a jury trial in this cause of action.

## V.
## PRAYER

17. State Farm respectfully requests that the above-styled action now pending in the 104th District Court of Taylor County, Texas, be removed to this Honorable Court pursuant to the Court's diversity jurisdiction, that upon final trial, judgment be rendered for State Farm and against Plaintiffs, that State Farm recover its costs, and for such other and further relief to which State Farm may be justly entitled.

Respectfully submitted,

**BUTLER SNOW LLP**

/s/ *Jose M. Luzarraga*
Jose M. Luzarraga
State Bar No. 00791149
Jose.Luzarraga@butlersnow.com
Bryony Harris
State Bar No. 24116488
Bryony.Harris@butlersnow.com
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
469-680-5500 Telephone
469-680-5501 Facsimile

**ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 1st day of March 2024.

                                                    */s/ Jose M. Luzarraga*
                                                    Jose M. Luzarraga

86117153.v1