UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FRANK WILLIAM BURGER, et al.,

    Plaintiffs,

v.                                            No. 1:24-CV-032-H

STATE FARM LLOYDS,

    Defendant.

## ORDER

Before the Court is the parties' joint notice of settlement. Dkt. No. 56. The parties have notified the Court that they have reached an agreement in principle to settle the case. *Id.* at 1. The case is currently set for trial on December 16, 2025. *See* Dkt. No. 50. Therefore, finding good cause, the Court vacates the trial date and remaining scheduling deadlines.

The parties are ordered to file either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by February 2, 2026. The Clerk of the Court is directed to administratively close this case for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on December 5, 2025.

 

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE